**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF TEXAS SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| FRANK MCLAIN MORGAN | § | CASE NO. 19-40893 |
| | § | |
| Debtor | § | CHAPTER 13 |

**ORDER EXTENDING DEBTOR'S TIME TO FILE OBJECTION TO PROOF OF CLAIM # 6 FILED BY THE INTERNAL REVENUE SERVICE**

On consideration of the "Unopposed Motion to Extend Debtor's Time to File Objection to Proof of Claim # 6 Filed by the Internal Revenue Service" filed on May 18, 2020 by Debtor, it is:

**ORDERED** that the time for Debtor to file an objection to Proof of Claim # 6 filed by the Internal Revenue Service is extended to July 20, 2010.